# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| POLITICAL PRISONER #DL4686 (A/K/A ALTON D. BROWN), | : | No. 19 EAP 2023 |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| PA. DEPT. OF CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 16th day of April, 2024, this appeal is **QUASHED** based upon Appellant's failure to file a timely brief. *See* Pa.R.A.P. 3305.